388 P.3d 47

STATE of Hawai'i, Plaintiff–Appellee,

v.

Kevin S. MURAKAMI, Defendant–
Appellant

NO. CAAP–14–0000735

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 17, 2016.

APPEAL FROM THE DISTRICT
COURT OF THE THIRD CIRCUIT,

**260**

NORTH AND SOUTH HILO DIVISION, (Report No. 3DTA–12–01499)

SUMMARY DISPOSITION ORDER

Affirmed.